UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RONNIE JEROME JACKSON, III,

                Plaintiff,

v.

KATHY REID and KATHERINE POWERS-JOHNSON, *individually*, and TOM ROY, *in his official capacity*,

                Defendants.

Civil No. 16-2405 (JRT/BRT)

**ORDER GRANTING EXTENSION OF TIME TO PAY INITIAL PARTIAL FILING FEE**

---

Ronnie Jerome Jackson, III, No. #239471, MCF – Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* plaintiff.

Lindsay LaVoie, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1800, Saint Paul, MN 55101, for defendants.

Plaintiff Ronnie Jerome Jackson, III, sought to proceed in forma pauperis ("IFP") on appeal of the dismissal of this action, and the Court granted his IFP application. (*See* Docket No. 84.) Jackson requests an additional two weeks to pay the initial partial filing fee of $4.12. (*See* Docket No. 87.) The Court will grant his request. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff may have until March 19, 2018, to pay the initial partial filing fee of $4.12 for his appeal.

DATED: March 5, 2018
at Minneapolis, Minnesota

                                                        s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                          Chief Judge
                                          United States District Court